## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Stanley Maiden

                              CASE NO. C050880 CW

        Plaintiff(s),

    v.                         STIPULATION AND [PROPOSED]

V. Dolan Trucking, et al.          ORDER SELECTING ADR PROCESS

        Defendant(s).

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓    Private ADR *(please identify process and provider)*   JAMS - San Francisco

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline  March, 2006

Dated: July 15, 2005                        Martin Blake /s/ Martin Blake
                                                    Attorney for Plaintiff

Dated: July 15, 2005                        John P. Cotter /s/
                                                    Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
✓    Private ADR

Deadline for ADR session
    90 days from the date of this order.
✓    other  March, 2006

IT IS SO ORDERED.

Dated: 7/18/05                  /s/ CLAUDIA WILKEN

                                          UNITED STATES DISTRICT    JUDGE