DIEPENBROCK & COTTER, LLP
JOHN P. COTTER, State Bar No. 158783
1545 River Park Drive, Suite 201
Sacramento, California   95815
Telephone:  (916) 565-6222
Facsimile:    (916) 565-6220

Attorneys for Defendants
V. DOLAN TRUCKING, INC. and
THOMAS SHERIDAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STANLEY MAIDEN, individually and as personal representative of the Estate of Sheriden Maiden,<br><br>Plaintiff,<br><br>vs.<br><br>V. DOLAN TRUCKING COMPANY AND THOMAS SHERIDAN,<br><br>Defendants. _____/ | CASE NO. C-05-0880 CW |

STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a) with each party agreeing to bear its own attorneys fees and costs.

DATED:  August 24, 2006          BAUM & BLAKE

                                 By:      /s/
                                     MARTIN BLAKE
                                     Attorneys for Plaintiff
                                     STANLEY MAIDEN

DATED:  July 20, 2006            DIEPENBROCK & COTTER LLP

                                 By:      /s/
                                     JOHN P. COTTER
                                     Attorneys for Defendants
                                     V. DOLAN TRUCKING, INC. and THOMAS SHERIDAN

<u>ORDER</u>

Based on the above stipulation and good cause appearing,

IT IS HEREBY ORDERED that the above action is dismissed with prejudice with each party to bear its own attorneys fees and costs.

                                 /s/ CLAUDIA WILKEN

DATE:  9/12/06
                                 JUDGE CLAUDIA WILKEN
                                 United States District Court
                                 Northern District of California

STIPULATION AND ORDER OF DISMISSAL                                              2